# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHERI ANN HOMMELL,**

      **Plaintiff,**

**v.**                                            **Case No: 6:12-cv-102-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This matter comes before the Court *sua sponte*. The Plaintiff has not had an opportunity to address the particular issues raised in the Commissioner's response (Doc. 23) to the motion for attorney's fees (Doc. 22). Accordingly, it is hereby

**ORDERED** that the Plaintiff shall file a reply, not to exceed ten pages in length, on or before June 3, 2013.

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties